| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) SCOVILLE, JOSEPH G. | 2. Court or Organization Western District of Michigan | 3. Date of Report 08/01/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US MAGISTRATE JUDGE, FULL-TIME | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☐ Annual  ☑ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 07/31/2014 |

| 7. Chambers or Office Address  712 FORD FEDERAL BUILDING 110 MICHIGAN AVENUE NW GRAND RAPIDS MI 49503 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Number 1 Grantor Trust (No assets) |
| 2. | Trustee | Number 2 Grantor Trust (No assets) |
| 3. | Director | Pine Rest Christian Mental Health Services |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOVILLE, JOSEPH G. | 08/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOVILLE, JOSEPH G. | 08/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOVILLE, JOSEPH G. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton World Fund CL A | A | Dividend | L | T | | | | | |
| 2. Fifth Third Bank Accounts | A | Interest | L | T | | | | | |
| 3. Northwestern Mutual LI Co (Lines 4 through 8) | | | | | | | | | |
| 4. -Whole Life (-570) | | None | L | T | | | | | |
| 5. -90 Life (-808) | | None | L | T | | | | | |
| 6. -Ordinary Life (-136) | | None | L | T | | | | | |
| 7. -Estate Comp Life (-186) | B | Dividend | K | T | | | | | |
| 8. -Variable Annuity Guaranteed Fd 8 | D | Int./Div. | N | T | | | | | |
| 9. FNMA Bonds | A | Interest | J | T | | | | | |
| 10. Wells Fargo Advantage Fund-Class A | A | Dividend | K | T | | | | | |
| 11. Michigan Education Savings Plan: Balanced Fund | A | Int./Div. | J | T | | | | | |
| 12. Pimco Total Return Fund - C | A | Dividend | | | Sold | 06/19/14 | K | | |
| 13. Franklin Inv Low Duration Total Ret-A | B | Int./Div. | M | T | | | | | |
| 14. Templeton Global Bond Fund -A | B | Int./Div. | L | T | | | | | |
| 15. Michigan Education Savings Plan 2: Age-based Fund | A | Int./Div. | J | T | | | | | |
| 16. Michigan Education Savings Plan 3: Age Based Fund | A | Int./Div. | J | T | | | | | |
| 17. Wells Fargo CD due 9/8/15 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOVILLE, JOSEPH G. | 08/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo CD due 4/8/15 | | None | K | T | | | | | |
| 19. Wells Fargo CD due 6/7/16 | | None | K | T | | | | | |
| 20. Wells Fargo CD due 2/5/16 | | None | K | T | | | | | |
| 21. Union Bank NA CD due 3/2/18 | | None | K | T | | | | | |
| 22. Wells Fargo Advantage Absolute Ret Fd- Cl A | A | Int./Div. | L | T | Buy | 06/23/14 | L | | |
| 23. Michigan Education Savings Plan 4: Age-Base Fund | A | Int./Div. | J | T | Open | 02/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCOVILLE, JOSEPH G. | 08/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, lines 1 and 2: The listed trusts are living trusts that have not been funded and have no assets.

Part VII, lines 4 ,5, 6 and 7: The Northwest Mutual Life Insurance policies pay dividends only on their anniversary dates. The anniversary date of the XX186 policy falls before July 31. The other three policies have anniversary dates after July 31, and no dividend has yet been paid for 2014.

Part VII, lines 12 and 22. In June 2014, I sold the and Pimco (line 12) mutual fund. I used acummlated IRA cash and the proceeds of the Pimco sale to acquire the Wells Fargo Absolute Return Fund (line 22).

| Name of Person Reporting | Date of Report |
|---|---|
| SCOVILLE, JOSEPH G. | 08/01/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOSEPH G. SCOVILLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544